OPINION — AG -(DUAL OFFICE HOLDING) " AS HAS BEEN REPORTED IN THE PRESS, I AM UNDER (STATE SENATOR) CONSIDERATION BY THE BOARD OF DIRECTORS OF THE GRAND RIVER AUTHORITY FOR APPOINTMENT BY THEM TO THE POSITION OF MANAGER OF THE AUTHORITY. CAN I ACCEPT THIS APPOINT AND CONTINUE TO SERVE OUT MY PRESENT TERM AS STATE SENATOR. CITE : ARTICLE V, SECTION 23, 51 O.S. 1961 6 [51-6], 82 O.S. 1961 861 [82-861], 82 O.S. 1961 864 [82-864], 82 O.S. 1961 865 [82-865], ARTICLE II, SECTION 11 (FRED HANSEN)